State of Nebraska ex rel. Fred Ebke, appellant, v.
Board of Educational Lands and Funds of the State
of Nebraska et al., appellees.
47 N. W. 2d 526

Filed July 10, 1951.   No. 32907.

*Paul W. White,* for appellant.

*Clarence S. Beck,* Attorney General, *Robert A. Nelson,*
and *Peterson, Devoe & Ackerman,* for appellees.

SUPPLEMENTAL OPINION

Heard before Simmons, C. J., Carter, Messmore,
Yeager, Chappell, Wenke, and Boslaugh, JJ.

Carter, J.

In the motions for a rehearing filed by the respondents
and the interveners it is contended that the opinion of
this court, State ex rel. Ebke v. Board of Educational
Lands and Funds, *ante* p. 244, 47 N. W. 2d 520, is in
error in holding that "the relator, under the circum-
stances shown, was entitled to the lease of said section
for the amount bid by him."

The record shows that relator offered a cash bonus
of $2,500 over and above the annual rent provided for
in the lease.   The bid was a private one, the lease not
having been offered at public auction.   On further con-
sideration of the case we have concluded that the con-
tentions advanced by respondents and interveners in
their motions for a rehearing are correct and that the
words "and that relator, under the circumstances shown,
was entitled to the lease of said section for the amount
bid by him," should be deleted from the last paragraph
of our opinion.   In so doing, the final disposition of the

case is made consistent with the holdings of the opinion and requires that the lease involved be sold at public auction and not at a private sale.

With our former opinion so modified, no merit exists in the motions for a rehearing and they are denied.

FORMER OPINION MODIFIED AND
MOTIONS FOR REHEARING DENIED.